are involved (NY Const, art VI, § 3 [b] [2]; § 5 [b]; CPLR 5601 [b] [2]).

RICHARD E. SNYDER, Appellant, v EDGAR M. BRONFMAN, JR., Respondent.

Submitted September 14, 2009; decided September 17, 2009

Reported below, 57 AD3d 393.

Motion by Business Council of New York State, Inc. for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed. Two copies of the brief must be served and 24 copies filed within seven days.

In the Matter of IVEY WALTON et al., Appellants, v NEW YORK STATE DEPARTMENT OF CORRECTIONAL SERVICES, Respondent, et al., Respondent.

Submitted September 14, 2009; decided September 17, 2009

Reported below, 57 AD3d 1180.

Motion by the Sentencing Project et al. for leave to file a brief amici curiae on the appeal herein granted and the proposed brief is accepted as filed. Two copies of the brief must be served and 24 copies filed within seven days.

In the Matter of IVEY WALTON et al., Appellants, v NEW YORK STATE DEPARTMENT OF CORRECTIONAL SERVICES, Respondent, et al., Respondent.

Submitted September 14, 2009; decided September 17, 2009

Reported below, 57 AD3d 1180.

Motion by the Legal Aid Society for leave to appear amicus curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed. Two copies of the brief must be served and 24 copies filed within seven days.

In the Matter of IVEY WALTON et al., Appellants, v NEW YORK STATE DEPARTMENT OF CORRECTIONAL SERVICES, Respondent, et al., Respondent.

Submitted September 14, 2009; decided September 17, 2009

Reported below, 57 AD3d 1180.